**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHARLES HICKS
ADC #158744**                                                                                    **PLAINTIFF**

**v.**                                     **Case No. 4:20-cv-00372-KGB-JTR**

**LUCAS EMBERTON, Sheriff,
Van Buren County, Arkansas,** *et al.*                                    **DEFENDANTS**

**<u>ORDER</u>**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate J. Thomas Ray (Dkt. No. 57). Plaintiff Charles Hicks has not objected, and the time for filing objections has passed. After careful review, the Court adopts the Recommended Disposition as its findings in all respects (*Id.*).

Therefore, the Court dismisses Mr. Hicks's complaint, amended complaint, second amended complaint, and third amended complaint without prejudice (Dkt. Nos. 2, 7, 52, 54). The Court certifies an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this 9th day of January, 2023.

_____
Kristine G. Baker
United States District Judge